■ BOARD OF EDUCATION OF TRI-VALLEY CENTRAL SCHOOL DISTRICT AT GRAHAMSVILLE, Respondent, v CELOTEX CORPORATION et al., Defendants, and PERKINS AND WILL, Appellant. (And a Third-Party Action.) — Appeal from an order of the Supreme Court at Special Term (Klein, J), entered July 22, 1983 in Sullivan County, which denied the motion of defendant Perkins and Will seeking renewal of its prior motion for summary judgment.

Order affirmed, with costs, upon the opinion of Justice Aaron E. Klein at Special Term. Main, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.